IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02354-WYD-MJW

MARK KITZELMAN,

Plaintiff(s),

v.

SEAGATE TECHNOLOGY, LLC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate Settlement Conference (docket no. 27) is GRANTED.  The settlement conference set on July 29, 2005, at 1:30 p.m. is VACATED.  The parties have agreed to participate in a private mediation concerning this case on August 29, 2005.  The parties shall provide this court with a status report within ten (10) days after the completion of the private mediation.

Date:  July 27, 2005