IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02354-WYD-MJW

MARK KITZELMAN,

Plaintiff(s),

v.

SEAGATE TECHNOLOGY, LLC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Plaintiff's Motion to Amend Complaint (docket no. 31) is **DENIED.**  The original Complaint asserts one single claim for relief on the basis of Plaintiff's disability in violation of the ADA.  In this motion, Plaintiff now seeks to amend the Complaint to add an addition claim of failure to reasonably accommodate.  Plaintiff has been aware of this claim since this court entered the Rule 16 Scheduling Order on January 19, 2005.  Plaintiff has failed to demonstrate good cause as required under Fed. R. Civ. P. 16(b) for leave to file an amended Complaint some five (5) months after the deadline set in the Rule 16 Scheduling Order.  The discovery cut off date of August 1, 2005, has since past and the deadline to file dispositive motions is set on September 19, 2005.  The Final Pretrial Conference is set for October 5, 2005, at 8:30 a.m.  The Defendant would suffer severe prejudice if this court would to allow this amendment at this late date.  See Frank v. U.S. West, Inc., 3 F.3d 1357, 1365 (10th Cir. 1993).

Date:   September 1, 2005