IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.   04-D-2354 (MJW)

MARK KITZELMAN,

    Plaintiff(s),

v.

SEAGATE TECHNOLOGY, LLC,

    Defendant(s).

_____

**ORDER OF DISMISSAL**
_____

    The parties have filed a Stipulated Motion to Dismiss on October 6, 2005.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

    Dated:  October 19, 2005

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge